IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

COLUMBIA GAS TRANSMISSION, LLC d/b/a COLUMBIA PIPELINE GROUP

PLAINTIFF,

v.

JANET MALIN HAAS, et al.

DEFENDANTS.

Case No.: 8:17-cv-01147-TDC

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Defendants Janet Malin Haas and Melvin Leroy Haas' Responses to Plaintiff's First Set of Requests for Admissions |
| Exhibit 2 | Right of Way Agreement (attached as Ex. 3 to Complaint) |
| Exhibit 3 | Declaration of Andrew Kvasnicka<br><br>Exhibit 1, 10/30/2016 Columbia Pipeline Group's Damage Prevention Plan<br><br>Exhibit 2, 8/5/2015 Columbia Pipeline Group's Right-of-Way Use Procedure |
| Exhibit 4 | 1973 survey of the Brighton Knolls subdivision (attached as Ex. 2 to Complaint) |
| Exhibit 5 | Deposition of Melvin Leroy Haas, taken on 9/13/2017 |
| Exhibit 6 | Expert Report of Andrew Kvasnicka |
| Exhibit 7 | Declaration of Antonio C. Redd<br><br>Exhibit 1, Columbia's Minimum Guidelines<br><br>Exhibit 2, Photograph of Tree with two yellow flags depicting location of Pipeline<br><br>Exhibit 3, Photograph of Tree showing how much of easement is covered by Tree<br><br>Exhibit 4, Photograph of smaller tree on top of Pipeline |
| Exhibit 8 | Columbia's Minimum Guidelines |