# EXHIBIT 4



Exhibit 2