UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

COLUMBIA GAS TRANSMISSION, LLC,

   Plaintiff,

   v.

JANET MALIN HAAS and
MELVIN LEROY HAAS,

   Defendants.

Civil Action No. TDC-17-1147

**ORDER**

For the reasons stated on the record during the May 20, 2019 Pretrial Conference, it is hereby ORDERED that Defendants' Motion in Limine to Exclude and/or Limit Expert Testimony by Andrew Kvasnicka, ECF No. 90, is GRANTED IN PART and DENIED IN PART. It is granted to the extent it seeks to prevent Kvasnicka from drawing legal conclusions regarding the easement or unreasonable interference under the terms of the easement, and it is denied in all other respects.

For the reasons to be stated on the record on May 22, 2019, the first day of the bench trial in this matter, Defendants' Objection to Donald A. Zimar, Plaintiff's designated rebuttal expert, testifying in Plaintiff's case-in-chief, is SUSTAINED. Zimar will not be permitted to testify in Plaintiff's case-in-chief but will be permitted to testify as a rebuttal expert witness if his testimony qualifies as rebuttal testimony.

For the reasons to be stated on May 22, 2019, Defendants will not be permitted to call Diane Knighton as a witness and must rely on the testimony of their substituted witness, Lewis Bloch.

Date:  May 21, 2019                                              /s/
                                                      THEODORE D. CHUANG
                                                      United States District Judge