UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

COLUMBIA GAS TRANSMISSION, LLC,

    Plaintiff,

    v.

JANET MALIN HAAS and
MELVIN LEROY HAAS,

    Defendants.

Civil Action No. TDC-17-1147

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Judgment is entered in favor of Defendants Janet Malin Haas and Melvin Leroy Haas on all claims in the Complaint. The Counterclaim is dismissed as moot.

The Clerk is directed to close this case.

Date: August __, 2019

THEODORE D. CHUANG
United States District Judge